IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT J. LEDWITH,                       )
        Petitioner,              )
                                         )   CIVIL ACTION NO 06 - 611
   vs                                    )
                                         )
MS. BROOKS, S.C.I. Albion, et al,        )
        Respondents.             )

<u>**O R D E R**</u>

The papers in the above captioned matter will not be processed any further for failure to comply with our Local Rules and/or practices. The papers are deficient in the following respects:

\_\_\_\_\_  Failed to complete or sign paupers affidavit
\_\_\_\_\_  Failed to submit complaint on proper 1983 forms, supplied by the Clerk
\_\_\_\_\_  Failed to submit petition on proper 2254 forms, supplies by the Clerk
\_\_\_\_\_  Failed to sign complaint
\_\_\_\_\_  Failed to sign petition
\_\_\_\_\_  Failed to furnish the correct number of copies of complaint and accompanying pleadings, must submit original and a separate accurate copy for each defendant of the papers
\_\_\_\_\_  Failed to file separate petition for each conviction, attacking more than one judgment
\_\_\_\_\_  Failed to furnish correct number of copies of petition and accompanying papers
\_\_\_\_\_  Failed to submit pleadings to the court on paper no larger that 8 1/2 x 11 inches
\_\_\_\_\_  Failed to include certificate of authorized officer as to amount of money and securities on deposit in prison account or proper affidavit of non-compliance
\_\_\_\_\_  Failed to attach certificate of service regarding supplemental pleadings, after complaint or petition has been submitted and/or filed
\_\_\_\_\_  Failed to attach a proper certificate of service; service is not made upon the Clerk for distribution to the parties; this is the responsibility of the moving party
\_\_\_\_\_  Except by leave of Court, discovery material is no longer accepted for filing according to Local Rule 5.3

  __X__  OTHER: **IF YOU WISH TO PROCEED WITH THIS HABEAS PETITION YOU MUST INCLUDE $5.00 FOR THE FILING FEE OR MOVE TO PROCEED IN FORMA PAUPERIS AND PROVIDE A CERTIFIED ACCOUNTING STATEMENT SIGNED BY THE RECORDS OFFICER AT THE PRISON BY <u>May 29, 2005</u>.**

For the foregoing reasons, these papers are not being processed any further. They will be processed upon compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

So ordered this __1st__ day of May 2006.

                                                      LISA PUPO LENIHAN
                                                    UNITED STATE MAGISTRATE JUDGE

cc:  Robert J. Ledwith
     FG-2757
     SCI Albion
     10745 Route 18
     Albion, PA 16475-0002