IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT J. LEDWITH,<br><br>    Petitioner,<br><br>v.<br><br>MS. BROOKS, SCI Albion, PA;<br>DISTRICT ATTORNEY FOR THE<br>COUNTY OF PHILADELPHIA; PA<br>STATE ATTORNEY GENERAL; and<br>PENNA. PAROLE BOARD,<br><br>    Respondents. | Civil Action No. 06 - 611<br><br>District Judge Donetta W.<br>Ambrose, Chief |

### MEMORANDUM ORDER

    The above captioned Petition was received in this Court on May 5, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

    The Magistrate Judge's Report and Recommendation (doc. no. 11), filed on February 22, 2007, recommended that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied.  Service was made on all parties and they were informed that they had ten (10) days to file any objections. No objections have been filed.  After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

    **AND NOW**, this 13th day of March, 2007;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability be **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 11) of Magistrate Judge Lenihan, dated February 11, 2007, is adopted as the opinion of the court.

*Donetta F. Ambrose*
Donetta W. Ambrose
United States District Judge, Chief

cc:     Lisa Pupo Lenihan
        U.S. Magistrate Judge

        Robert J. Ledwith, FG-2757
        SCI Albion
        10745 Route 18
        Albion, PA 16475-0002